# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **TORRENCE JAMES,** <br> **TDCJ No. 01805408,** <br>       Petitioner, <br><br> v. <br><br> **WARDEN SMITH,** <br>       Respondent. | § § § § § § § § § § § | Civil Action No. 7:24-cv-069-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for writ of habeas corpus is **DENIED**.

**SIGNED** this **22nd day** of **July, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**